AUDREY STRAUSS
Acting United States Attorney for the
Southern District of New York
By: ELIZABETH J. KIM
Assistant United States Attorney
86 Chambers Street, 3rd floor
New York, New York 10007
Tel. (212) 637-2745

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
                                               :

Toya Fields,                                 :

                                               :
                              Plaintiff,  :      **JUDGMENT**
                                               :
          v.                                  :      No. 19 Civ. 4509 (LGS) (KNF)
                                             :

Commissioner of Social Security,    :

                                             :
                           Defendant.  :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x

        Whereas, on May 27, 2020, the Honorable Lorna G. Schofield, United States District Judge, having issued an Order granting plaintiff's motion for judgment on the pleadings and remanding the matter to the Commissioner of Social Security, it is

        **ORDERED, ADJUDGED AND DECREED:**  That for the reasons stated in the Court's Order dated May 27, 2020, plaintiff's motion for judgment on the pleadings is granted, and the matter is remanded to the Commissioner of Social Security.

        The Clerk of Court is respectfully directed to  close docket numbers 15 and 23 and to close this matter.

Dated: July 3, 2020
      New York, New York

                                                 _____
                                                   **LORNA G. SCHOFIELD**
                                                  **UNITED STATES DISTRICT JUDGE**

Parties entitled to be notified of entry of judgment:

Daniel Berger, Esq.
*Counsel for Plaintiff*
1000 Grand Concourse, Suite 1A
Bronx, New York 10451
(718) 588-4715

Elizabeth J. Kim, Esq.
U.S. Attorney's Office
*Counsel for Defendant*
86 Chambers Street, 3rd floor
New York, New York 10007