U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

*86 Chambers Street*
*New York, New York 10007*

October 5, 2020

**By ECF**

Hon. Lorna G. Schofield
United States District Judge
Thurgood Marshall
United States Courthouse
40 Foley Square
New York, NY 10007

The application is GRANTED. By **November 16, 2020**, the Commissioner shall respond to Plaintiff's motion for fees and expenses under the EAJA in accordance with the Individual Rules. The Clerk of Court is respectfully directed to close the docket entry at #30.

SO ORDERED

Dated: October 6, 2020
       New York, New York

LORNA G. SCHOFIELD
**UNITED STATES DISTRICT JUDGE**

    Re: *Fields v. Commissioner of Social Security,*
         No. 19 Civ. 4509 (LGS) (KNF)

Dear Judge Schofield:

    This Office represents the Commissioner of Social Security (the "Commissioner"), defendant in the above-referenced action brought pursuant to 42 U.S.C. § 405(g), in which Plaintiff challenges a decision to deny Plaintiff's application for benefits.

    I respectfully write to request a 30-day extension of the time for the Commissioner to file a response to Plaintiff's motion for fees and expenses under the Equal Access to Justice Act (the "EAJA"), from October 16, 2020, to Monday, November 16, 2020, to allow time for the parties to discuss potential settlement of Plaintiff's claim under the EAJA without further motion practice.

    Plaintiff consents to this request for an extension, and this is the first request for an extension of time to respond to Plaintiff's motion for fees and expenses under the EAJA. I thank the Court for its consideration of this request.

                              Respectfully,

                              AUDREY STRAUSS
                              Acting United States Attorney

                                /s/ Elizabeth J. Kim
                    BY:   ELIZABETH J. KIM
                            Assistant United States Attorney
                            Tel.: (212) 637-2745
                            elizabeth.kim@usdoj.gov

cc: Daniel Berger, Esq. (by ECF)
    *Attorney for Plaintiff*